IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**MSC, A LIMITED LIABILITY COMPANY**                                  **PLAINTIFF**

      v.    Civil No. 07-5153

**TRANSMONTAIGNE, INC.;**
**TRANSMONTAIGNE, L.L.C.;**
**TRANSMONTAIGNE PARTNERS L.P.;**
**and RAZORBACK, L.L.C.**                                              **DEFENDANTS**

### O R D E R

Now on this 8th day of July, 2008, comes on for consideration the parties' **Joint Motion For Protective Order** (document #13), in which the parties state that they agree on the terms of a proposed protective order which would govern discovery, and ask the Court to enter it. The Court is not disposed to do so. **F.R.C.P. 26(c)**, which governs the issuance of protective orders in discovery matters, contemplates that there is some dispute for the Court to resolve in issuing such an order, and the parties by their joint motion indicate there is no such dispute. Where there is no dispute, there is no need for the Court to enter an order. The parties may, however, document their agreement by filing it as a discovery stipulation in this case.

**IT IS THEREFORE ORDERED** that the parties' **Joint Motion For Protective Order** (document #13) is **denied.**

**IT IS SO ORDERED.**

                              /s/ Jimm Larry Hendren
                              JIMM LARRY HENDREN
                              UNITED STATES DISTRICT JUDGE